**No. 25-7930**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

IN RE APPLE IPHONE ANTITRUST LITIGATION

On Appeal from an Order of the
United States District Court for the Northern District of California
Case No. 4:11-cv-6714-YGR, Hon. Yvonne Gonzalez Rogers

# STATUS REPORT

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

David C. Frederick
Aaron M. Panner
Kyle M. Wood
Alex P. Treiger
Caroline A. Schechinger
Anna K. Link
Anthony R. Guttman
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Counsel for Plaintiffs-Appellants*

January 5, 2026

Appellants Robert Pepper, Edward Lawrence, and Stephen Schwartz respectfully submit this status report following this Court's Order dated January 5, 2026 (Dkt. No. 7.1) regarding the outstanding payment of filing fees. On January 2, 2026, the undersigned counsel caused to be submitted to the United States District Court for the Northern District of California payment in the amount of $605.00 to satisfy the outstanding obligation. A true and accurate copy of the receipt of payment obtained by the undersigned counsel is included with this submission as Exhibit A. To date, however, the United States District Court for the Northern District of California has not updated the docket below to reflect Appellants' payment. Appellants will continue coordinating with the district court to ensure the payment of filing fees is fully processed, and they are prepared to provide any additional information that the Court should request regarding this matter.

Date: January 5, 2026

Respectfully submitted,

*/s/ David C. Frederick*

David C. Frederick
Aaron M. Panner
Kyle M. Wood
Alex P. Treiger
Caroline A. Schechinger
Anna K. Link
Anthony R. Guttman
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com
atreiger@kellogghansen.com
cschechinger@kellogghansen.com
alink@kellogghansen.com
aguttman@kellogghansen.com

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599
manifold@whafh.com
byrd@whafh.com

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 5th day of January 2026, I caused the foregoing **Status Report** to be submitted electronically with the Clerk of the Court through the Court's appellate ECF system, which will send notification of such filing to all counsel of record.

/s/ *David C. Frederick*
*Counsel for Plaintiffs-Appellants*

# Exhibit A

An official website of the United States government Here's how you know

MENU

For your security, we recommend you close your browser when you complete your payment.

Pay.gov

Processing

Click here to continue using this page.

# Payment Confirma Civil and Criminal Bonds and Other P

✓ Before You Begin ✓ Complete Agency For on

### Your payment is comple

You will not be able to access confirmation email has been sent to dfrederick@kellogghansen.com, kwood@kellogghansen.com , alaurent@kellogghansen.com.

**Because you are not signed in:**

This payment will not show in your payment activity. You can sign in or create an account now and Pay.gov will have a record of your payment.

**To confirm your payment went through:**

Contact the federal government agency you paid. Pay.gov is unable to cancel this transaction.

**We value your feedback!**

Do you have any feedback regarding your Pay.gov experience?
Please share it here.

## Tracking Information

Pay.gov Tracking ID: 27UDM7SA

Agency Tracking ID: 77256671751

Form Name: U.S. District Court NDCA Civil and Criminal Bonds and Other Payments Form

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments

## Payment Information

Payment Type: Debit or credit card

Payment Amount: $605.00

Transaction Date: 01/02/2026 05:32:27 PM EST

Payment Date: 01/02/2026

Defendant or Party Name: Robert Pepper

Case Number: DCAN11CV006714-

Payer's Name: David Frederick

Payer's Address, City, State, Zip: 1615 M Street N.W., Suite 400, Washington, DC, 20036

Payer's Telephone: Work (202) 326-7951

Payer's Email: dfrederick@kellogghansen.com

Type of Payment: Miscellaneous Filing Fee

## Account Information

Cardholder Name: [redacted]

Card Type: Master Card

Card Number: ************6657

# Sign In to your Pay.gov account!

Sign In

*With a Pay.gov account you can manage payments and view history. If you don't have an existing account, you will have the option to create an account on the sign-in page.*

## Need Help?

Pay.gov Logo

**Contact:**
CAND Finance

**Email:**
Click to email

**Phone:**
(415) 522-4621

Return to top

**Accessibility Policy** **Privacy and Security Policy** **Notices and Agreements**

**For Agencies** * **Feedback**

**Pay.gov**
Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

**Pay.gov Support**

WARNING WARNING WARNING

You have accessed a U.S. Government information system, which includes (1) this computer, (2) this network, (3) all computers connected to this network, and (4) all devices and storage media attached to this network or to a computer on this network. U.S. Government information systems are provided for the processing of official U.S. Government information only. Unauthorized or improper use of this information system is prohibited and may subject you to disciplinary action, as well as civil and criminal penalties. All data contained on U.S. Government information systems is owned by the U.S. Government and may, for the purpose of protecting the rights and property of the U.S. Government, be monitored, intercepted, recorded, read, searched, copied, or captured in any manner and disclosed or used for any lawful government purpose at any time. THERE IS NO RIGHT TO PRIVACY IN THIS SYSTEM. System personnel may give to law enforcement officials any potential evidence of crime found on U.S. Government information systems. USE OF THIS SYSTEM BY ANY USER, AUTHORIZED OR UNAUTHORIZED, CONSTITUTES YOUR UNDERSTANDING AND CONSENT TO THIS MONITORING, INTERCEPTION, RECORDING, READING, COPYING, OR CAPTURING AND DISCLOSURE.

Note: This system may contain Sensitive But Unclassified (SBU) data that requires specific data privacy handling.