UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In Re:   APPLE IPHONE ANTITRUST LITIGATION<br><br>_____<br>_____<br><br>ROBERT PEPPER; et al.,<br><br>            Plaintiffs - Appellants,<br><br>  v.<br><br>APPLE INC.,<br><br>            Defendant - Appellee. | No. 25-7930<br><br>D.C. No.<br>4:11-cv-06714-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

This case is released from the Mediation Program. Counsel are requested to contact the Circuit Mediator [Stephen_Liacouras@ca9.uscourts.gov] should circumstances develop that warrant settlement discussions.

FOR THE COURT:

By: Stephen Liacouras
Chief Circuit Mediator