## No. 25-7930

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

IN RE APPLE IPHONE ANTITRUST LITIGATION

On Appeal from an Order of the
United States District Court for the Northern District of California
Case No. 4:11-cv-6714-YGR, Hon. Yvonne Gonzalez Rogers

## PLAINTIFFS-APPELLANTS' CONSENT MOTION FOR
## EXTENSION OF TIME TO FILE OPENING BRIEF

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

David C. Frederick
Aaron M. Panner
Kyle M. Wood
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Counsel for Plaintiffs-Appellants*

April 6, 2026

Plaintiffs-Appellants Robert Pepper, Edward Lawrence, and Stephen Schwartz ("Plaintiffs") respectfully request a second thirty-day extension of the time in which to file an opening brief. In support of this motion Plaintiffs state as follows:

1. Plaintiffs' opening brief is currently due on April 13, 2026. *See* Dkt. No. 16.

2. Plaintiffs' opening brief was originally due on March 12, 2026. *See* Dkt. No. 2.

3. Plaintiffs request a second thirty-day extension to file their opening brief. If granted, Plaintiffs' opening brief would be filed on May 13, 2026.

4. Plaintiffs have exercised diligence in completing their opening brief, but there is a substantial need for additional time. For the past two months, the attorneys principally responsible for drafting the opening brief have been responsible for drafting briefs, preparing for and conducting oral arguments, and attending to other pressing matters, including:

   a. Preparing for and presenting oral argument in *In re RML, LLC*, No. 25-00263 (2d. Cir.), on February 18, 2026;

1

b. Drafting a petition for a writ of certiorari in *Official Committee of Asbestos Claimants of Bestwall, LLC v. Bestwall, LLC*, No. 25-1013 (U.S.), filed on February 20, 2026;

c. Drafting supplemental summary-judgment-related briefing in *In re Depo-Provera Products Liability Litigation*, No. 3:25-md-03140-MCR-HTC (N.D. Fla.), filed on February 20, 2026;

d. Drafting court-ordered supplemental briefing in *City of Huntington, West Virginia v. AmerisourceBergen Drug Corp.*, No. 3:17-cv-01362 (S.D. W. Va.), filed on February 20, 2026, and preparing co-counsel for a hearing on the same matters on March 24, 2026;

e. Drafting a reply brief on behalf of Appellant Gold Reserve Ltd. in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, and 25-3564 (3d Cir.), filed on March 2, 2026;

f. Preparing for and conducting a four-day *Daubert* hearing in *State of Tennessee ex rel. Skrmetti v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Ct.), which occurred from March 9 to 12, 2026;

2

g.    Drafting an amicus brief on behalf of medical associations in *American Academy of Pediatrics v. FTC*, No. 1:26-cv-00508-CRC (D.D.C.), *World Professional Ass'n for Transgender Health v. FTC*, No. 1:26-cv-00532-JEB (D.D.C.), and *Endocrine Society v. FTC*, No. 1:26-cv-00512-JEB (D.D.C.), filed on March 10, March 11, and March 16, 2026, respectively;

h.    Preparing for and presenting oral argument in *Penelow v. Janssen Products LP*, No. 25-01818 (3d Cir.), on March 18, 2026;

i.    Drafting an amicus brief submitted in support of the Respondents in *Monsanto Co. v. Durnell*, No. 24-1068 (U.S.), filed on March 31, 2026;

j.    Drafting an amicus brief on behalf of the Microsoft Corporation in *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal.), due today, April 6, 2026;

k.    Drafting an opening brief in *Snowdy v. Mercedes-Benz USA LLC*, Nos. 25-3329 & 25-3413 (3d Cir.), which is due on April 9, 2026; and

l.      Drafting an answering brief on behalf of Meta Platforms, Inc. in *Klein v. Meta Platforms, Inc.*, No. 25-06858 (9th Cir.), due to this Court on April 22, 2026.

5.      Plaintiffs' counsel has exercised, and will continue to exercise, diligence to complete Plaintiffs' opening brief. Plaintiffs' counsel are prepared to file Plaintiffs' opening brief within the period requested in this motion.

6.      Plaintiffs' counsel have conferred with Apple's counsel regarding their request for an extension of time to submit their opening brief. Plaintiffs are authorized to state that Apple consents to the relief sought in this motion.

7.      The court reporter is not in default with regard to any designated transcripts.

For these reasons, and those set forth in the accompanying declaration of Kyle M. Wood, Plaintiffs respectfully request that the Court grant a thirty-day extension of time within which to file their opening brief.

4

Date:  April 6, 2026

Respectfully submitted,

*/s/ David C. Frederick*

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599
manifold@whafh.com
byrd@whafh.com

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

David C. Frederick
Aaron M. Panner
Kyle M. Wood
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kwood@kellogghansen.com

*Counsel for Plaintiffs-Appellants*

5

## DECLARATION OF KYLE M. WOOD

I, Kyle M. Wood, declare as follows:

1. I am an associate at the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. I am one of the counsel of record for Plaintiffs in this matter. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs' opening brief is currently due on April 13, 2026.

3. Plaintiffs' opening brief was originally due on March 12, 2026.

4. Plaintiffs request a second thirty-day extension to file their opening brief. If granted, Plaintiffs' opening brief would be filed on May 13, 2026.

5. Plaintiffs have exercised diligence in completing their opening brief, but there is a substantial need for additional time. The attorneys principally responsible for drafting the opening brief have been responsible for drafting briefs, preparing for and conducting oral arguments, and attending to other pressing matters, including:

   a. Preparing for and presenting oral argument in *In re RML, LLC*, No. 25-00263 (2d. Cir.), on February 18, 2026;

   b. Drafting a petition for a writ of certiorari in *Official Committee of Asbestos Claimants of Bestwall, LLC v. Bestwall, LLC*, No. 25-1013 (U.S.), filed on February 20, 2026;

6

c.  Drafting supplemental summary-judgment-related briefing in *In re Depo-Provera Products Liability Litigation*, No. 3:25-md-03140-MCR-HTC (N.D. Fla.), filed on February 20, 2026;

d.  Drafting court-ordered supplemental briefing in *City of Huntington, West Virginia v. AmerisourceBergen Drug Corp.*, No. 3:17-cv-01362 (S.D. W. Va.), filed on February 20, 2026, and preparing co-counsel for a hearing on the same matters on March 24, 2026;

e.  Drafting a reply brief on behalf of Appellant Gold Reserve Ltd. in *Crystallex Int'l Corp. v. Bolivarian Republic of Venezuela*, Nos. 25-3347, 25-3348, 25-3349, 25-3350, 25-3363, 25-3453 to 25-3494, 25-3563, and 25-3564 (3d Cir.), filed on March 2, 2026;

f.  Preparing for and conducting a four-day *Daubert* hearing in *State of Tennessee ex rel. Skrmetti v. Meta Platforms, Inc.*, No. 23-1364-IV (Tenn. Ch. Ct.), which occurred from March 9 to 12, 2026;

g.  Drafting an amicus brief on behalf of medical associations in *American Academy of Pediatrics v. FTC*, No. 1:26-cv-00508-CRC (D.D.C.), *World Professional Ass'n for Transgender Health v. FTC*, No. 1:26-cv-00532-JEB (D.D.C.), and *Endocrine Society v. FTC*, No. 1:26-cv-00512-JEB (D.D.C.), filed on March 10, March 11, and March 16, 2026, respectively;

7

h. Preparing for and presenting oral argument in *Penelow v. Janssen Products LP*, No. 25-01818 (3d Cir.), on March 18, 2026;

i. Drafting an amicus brief submitted in support of the Respondents in *Monsanto Co. v. Durnell*, No. 24-1068 (U.S.), filed on March 31, 2026;

j. Drafting an amicus brief on behalf of the Microsoft Corporation in *In re Google Play Store Antitrust Litigation*, No. 3:21-md-02981-JD (N.D. Cal.), due today, April 6, 2026;

k. Drafting an opening brief in *Snowdy v. Mercedes-Benz USA LLC*, Nos. 25-3329 & 25-3413 (3d Cir.), which is due on April 9, 2026; and

l. Drafting an answering brief on behalf of Meta Platforms, Inc. in *Klein v. Meta Platforms, Inc.*, No. 25-06858 (9th Cir.), due to this Court on April 22, 2026.

6. Plaintiffs' counsel has exercised, and will continue to exercise, diligence to complete Plaintiffs' opening brief. Plaintiffs' counsel are prepared to file Plaintiffs' opening brief within the period requested in this motion.

7. Plaintiffs' counsel have conferred with Apple's counsel regarding their request for an extension of time to submit their opening brief. Plaintiffs are authorized to state that Apple consents to the relief sought in this motion.

8.     The court reporter is not in default with regard to any designated transcripts.

I declare under the penalty of perjury under the laws of the United States of America that the that the foregoing is true and correct.  Executed this 6th day of April, 2026, in Washington, D.C.

_____
Kyle M. Wood
*Counsel for Plaintiffs-Appellants*

9

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of April, 2026, I caused the foregoing **Plaintiffs-Appellants' Consent Motion for Extension of Time To File Opening Brief** to be submitted electronically with the Clerk of the Court through the Court's appellate ECF system, which will send notification of such filing to all counsel of record.

/s/ *David C. Frederick*
*Counsel for Plaintiffs-Appellants*
