**No. 25-07930**

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

IN RE APPLE IPHONE ANTITRUST LITIGATION

On Appeal from the United States District Court
for the Northern District of California
Case No. 4:11-cv-6714-YGR, Hon. Yvonne Gonzalez Rogers

### EXCERPTS OF RECORD OF PLAINTIFFS-APPELLANTS INDEX VOLUME

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

David C. Frederick
Aaron M. Panner
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Counsel for Plaintiffs-Appellants*

May 13, 2026

# TABLE OF CONTENTS

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| | | *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) | |
| | | **VOLUME 1 of 13** | |
| 10/27/2025 | 1069 | Order Granting Apple's *Daubert* Motion To Exclude the Expert Testimony of Darryl Thompson and Motion to Decertify the Class | 2-28 |
| | | **VOLUME 2 of 13** | |
| 10/16/2025 | 1059-1 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Administrative Motion for Leave to Submit Individual Plaintiffs' Damages Information in Response to Court's Question at October 14, 2025 Hearing, Exhibit 1: Supplemental Declaration of Minjae Song, Ph.D. (Oct. 16, 2025) | 30-34 |
| 09/02/2025 | 1027-2 | Responsive Separate Statement With Additional Material Facts [Redacted] | 35-58 |
| 10/11/2024 | 933 | Order Modifying Schedule With Qualification | 59-65 |
| 06/14/2024 | 882 | Stipulated Supplemental Protective Order Governing Payor Data | 66-80 |
| 04/12/2024 | 815 | Joint Discovery Letter Brief Regarding Plaintiffs' Request for Production No. 55 to Defendant Apple, Inc. | 81-87 |
| 04/12/2024 | 815 | Exhibit A – Plaintiffs' Requests for Production of Documents to Defendant Apple Inc. – Set No. 3 (Apr. 12, 2022) | 88-98 |

i

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 04/12/2024 | 815 | Exhibit B – Defendant Apple Inc.'s Responses and Objections to Consumer Plaintiffs' Third Set of Requests for Production of Documents (May 12, 2022) | 99-107 |
| 02/02/2024 | 789 | Order Denying Apple's *Daubert* Motion to Exclude the Testimony of Professor Daniel L. McFadden and Dr. Rosa Abrantes-Metz; and Granting Plaintiffs' Motion for Class Certification re Dkt. Nos. 683, 690, and 786 | 108-135 |
| 06/23/2023 | 736 | Transcript of Proceedings | 136-238 |
| 04/27/2022 | 643-1 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Class Certification, Attachment A: Plaintiffs' Notice of Motion and Motion for Class Certification | 239-275 |
| **VOLUME 3 of 13** | | | |
| 04/27/2022 | 643-11 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Motion for Class Certification, Attachment K: Expert Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification (June 1, 2021) [Redacted] | 277-451 |
| **VOLUME 4 of 13** | | | |
| 04/27/2022 | 643-36 | Declaration of Rachele R. Byrd in Further Support of Plaintiffs' Motion for Class Certification, Attachment JJ: Exhibit 1 – Reply Report of Daniel L. McFadden in Support of Plaintiffs' Motion for Class Certification (Oct. 19, 2021) [Redacted] | 453-610 |

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 04/27/2022 | 643-42 | Attachment PP: Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude Reply Testimony of Professor Daniel L. McFadden (Nov. 23, 2021) [Redacted] | 611-644 |
| 04/27/2022 | 642-22 | Notice of Lodging of Documents Pursuant to Order Regarding Administrative Motions to Seal (Dkt. 631), Exhibit 20 – Supplemental Declaration of Mark Rollins in Support of Apple Inc.'s *Daubert* Motion to Exclude Reply Testimony of Professor Daniel L. McFadden [Redacted] | 645-650 |
| 04/11/2022 | 638 | Transcript of Proceedings | 651-675 |
| 03/29/2022 | 630 | Order Denying Plaintiffs' Motion for Class Certification Without Prejudice; Granting in Part and Denying in Part Apple's *Daubert* Motions to Exclude Testimony of Professor Daniel L. McFadden re Dkt. Nos. 441, 479, 486, 578, and 604 | 676-702 |
| **VOLUME 5 of 13** | | | |
| 12/14/2021 | 626 | Transcript of Proceedings | 704-777 |
| 11/09/2021 | 578 | Defendant Apple Inc.'s Notice of *Daubert* Motion and *Daubert* Motion to Exclude Reply Testimony Of Professor Daniel L. McFadden [Redacted] | 778-805 |
| 08/10/2021 | 479-1 | Declaration of Mark Rollins in Support of Apple Inc.'s *Daubert* Motions & Briefs in Opposition to Class Certification [Redacted] | 806-809 |
| 09/17/2020 | 229 | Order Granting Stipulation for Leave to File Third Amended Consolidated Class Action Complaint | 810-818 |
| 09/17/2020 | 229 | Exhibit A – [Proposed] Third Amended Consolidation Class Action Complaint | 819-840 |

iii

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 10/29/2019 | 183 | Order Granting Stipulation Consolidating Related Consumer Cases for All Purposes | 841-847 |
| 12/29/2011 | 1 | Class Action Complaint | 848-870 |
| — | — | Docket Sheet, *In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.) | 871-995 |
| **VOLUME 6 of 13** | | | |
| ***Pepper v. Apple Inc.*, No. 25-7122 (9th Cir.)** | | | |
| 12/18/2025 | 17 | Order Granting Permission to Appeal | 997 |
| 11/21/2025 | 10 | Apple Inc.'s Answer to Petition for Permission to Appeal Under Rule 25-7122 23(f) | 998-1035 |
| 11/10/2025 | 1 | Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) [Redacted] | 1036-1122 |
| — | — | Docket Sheet, *Pepper v. Apple Inc.*, No. 25-7122 (9th Cir.) | 1123-1132 |
| **DOCUMENTS FILED UNDER SEAL** | | | |
| **VOLUME 7 of 13** | | | |
| ***In re Apple iPhone Antitrust Litigation*, No. 4:11-cv-06714-YGR (N.D. Cal.)** | | | |
| 10/27/2025 | 1070 | Order Granting Apple's *Daubert* Motion to Exclude the Expert Testimony of Darryl Thompson and Motion to Decertify the Class | 1134-1160 |
| 10/20/2025 | 1065-2 | Plaintiffs' Administrative Motion for Renewed Request for Evidentiary Hearing re Apple's FRE 702 and *Daubert* Objections to Darryl Thompson's Opinions | 1161-1166 |
| 10/17/2025 | 1062 | Transcript of Proceedings | 1167-1258 |

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 10/16/2025 | 1061-2 | Joint Supplemental Brief Regarding Apple's Production of Payor Credit Card Data | 1259-1264 |
| 10/02/2025 | 1052-3 | Opening Expert Report of Ned S. Barnes, CPA (Mar. 7. 2025) | 1265-1329 |
| **VOLUME 8 of 13** | | | |
| 10/02/2025 | 1052-17 | Expert Report of Alan D. MacCormack (Mar. 6, 2025) | 1331-1500 |
| 10/02/2025 | 1052-21 | Expert Report of Daniel L. McFadden, Ph.D. (Mar. 7, 2025) | 1501-1551 |
| **VOLUME 9 of 13** | | | |
| 10/02/2025 | 1052-25 | Expert Report of Minjae Song, Ph.D. (Mar. 7, 2025) | 1553-1689 |
| 10/02/2025 | 1052-26 | Supplemental Expert Report of Minjae Song, Ph.D. (Aug. 1, 2025) | 1690-1698 |
| **VOLUME 10 of 13** | | | |
| 10/02/2025 | 1052-27 | Expert Report of Joseph E. Stiglitz, Ph.D. (Mar. 7, 2025) | 1700-1890 |
| **VOLUME 11 of 13** | | | |
| 10/02/2025 | 1052-27 | Continued—Expert Report of Joseph E. Stiglitz, Ph.D. (Mar. 7, 2025) | 1892-2090 |
| 10/02/2025 | 1052-32 | Supplemental Expert Report of Darryl Thompson (Apr. 16. 2025) | 2091-2113 |
| 09/03/2025 | 1035-14 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, *Daubert*, and Motion to Decertify, Exhibit 95 – Email from R. Lin, to R. Byrd (July 2024) | 2114-2116 |

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 09/03/2025 | 1035-15 | Declaration of Rachele R. Byrd I in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, *Daubert*, and Motion to Decertify, Exhibit 96 – Letter from E. Lazarus, to R. Byrd & K. Wood (July 10, 2024) | 2117-2119 |
| 09/03/2025 | 1034-05 | Declaration of Rachele R. Byrd in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, *Daubert*, and Motion to Decertify, Exhibit 50 – Letter from E. Lazarus, to R. Byrd & K. Wood (Nov. 7, 2024) | 2120-2122 |
| 09/02/2025 | 1031-2 | Declaration of Minjae Song, Ph.D. in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s Motion for Summary Judgment | 2123-2126 |
| 09/02/2025 | 1031-4 | Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Decertify the Class | 2127-2159 |
| **VOLUME 12 of 13** | | | |
| 09/02/2025 | 1031-5 | Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack | 2161-2209 |
| 09/02/2025 | 1031-6 | Declaration of Darryl Thompson in Support of Plaintiffs' Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack | 2210-2223 |
| 08/04/2025 | 1006-1 | Defendant Apple Inc.'s Motion to Decertify the Class | 2224-2256 |

| File Date | U.S.D.C. Dkt. No. | Document Title | ER Page Range |
|---|---|---|---|
| 08/04/2025 | 1002-1 | Defendant Apple Inc.'s Notice of *Daubert* Motion to Exclude the Opinions of Mr. Darryl Thompson & Prof. Alan MacCormack; Memorandum of Pointes and Authorities in Support Thereof | 2257-2306 |
| 01/30/2024 | 786-1 | Declaration of Minjae Song, Ph.D., in Response to Order for Supplemental Information in Further Support of Renewed Motion for Class Certification | 2307-2312 |
| **VOLUME 13 of 13** | | | |
| 01/19/2023 | 679-1 | Plaintiffs' Notice of Filing, Exhibit A – Second Revised Supplemental Expert Report of Daniel L. McFadden (Jan. 19, 2023) | 2314-2393 |
| 11/16/2021 | 606 | Transcript of Proceedings | 2394-2476 |
| 08/10/2021 | 476-12 | Declaration of Mark Rollins in Support of Apple Inc.'s *Daubert* Motions & Briefs in Opposition to Class Certification | 2477-2482 |