UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

JUN 15 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE IPHONE ANTITRUST LITIGATION.<br><br>_____<br><br>ROBERT PEPPER; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>APPLE INC.,<br><br>        Defendant - Appellee. | No. 25-7930<br><br>D.C. No.<br>4:11-cv-06714-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The unopposed motion (Docket Entry No. 25) to file under seal Volumes 7 through 13 of the excerpts of record is granted, subject to reconsideration if any of the material is unsealed in the district court. The clerk will file publicly the motion to seal (Docket Entry No. 25.1), the opening brief (Docket Entry No. 23), and Volumes 1 through 6 of the excerpts of record (Docket Entry No. 24). The clerk will maintain Volumes 7 through 13 of the excerpts of record under provisional seal at Docket Entry No. 26.

The existing briefing schedule remains in effect.