No. 25-7930

———————————

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

IN RE APPLE IPHONE ANTITRUST LITIGATION

———————————

ROBERT PEPPER; EDWARD LAWRENCE; STEPHEN H. SCHWARTZ,

*Plaintiffs-Appellants*,

v.

APPLE INC.,

*Defendant-Appellee*.

———————————

On Appeal from the U.S. District Court
for the Northern District of California
Case No. 4:11-cv-6714 | Hon. Yvonne Gonzalez Rogers

———————————

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE ANSWERING BRIEF

———————————

Cynthia E. Richman
Harry R. S. Phillips
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500

Caeli A. Higney
Julian W. Kleinbrodt
Eli M. Lazarus
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Ctr., Ste. 2600
San Francisco, CA 94111
(415) 393-8200

Theodore J. Boutrous Jr.
Daniel G. Swanson
Blaine H. Evanson
Bradley J. Hamburger
Matt Aidan Getz
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

*Counsel for Appellee Apple Inc.*

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, appellee Apple Inc. declares that it is publicly traded (NASDAQ: AAPL), that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  June 25, 2026     Respectfully submitted,

           /s/ *Theodore J. Boutrous Jr.*
            Theodore J. Boutrous Jr.

           *Counsel for Appellee*
           *Apple Inc.*

## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE ANSWERING BRIEF

Appellee Apple Inc. respectfully requests a 30-day extension of time in which to file its answering brief, to and including August 12, 2026. Appellants do not oppose this motion.

1. This appeal was docketed on December 18, 2025. Appellants' opening brief was originally due on March 12, 2026.

2. On March 3, 2026, appellants received a streamlined 30-day extension of the opening brief deadline to April 13, 2026. On April 13, appellants moved for and were granted a further 30-day extension to May 13. Appellants' opening brief was filed on May 13.

3. On June 3, Apple received a streamlined 30-day extension of the answering brief deadline to July 13. Apple has received no other extensions.

4. There is good cause to extend the deadline. The record is voluminous and involves materials filed under seal below. And the attorneys principally responsible for drafting the opening brief will have to divide their time between this and other pressing matters, including:

2

a.　　Drafting an opening brief in *Jeruchim v. The J. M. Smucker Co.* (9th Cir. No. 26-1661), due on June 29;

b.　　Drafting a petition for a writ of certiorari in *Amazon Logistics, Inc. v. Clinton* (Cal. No. S295093), due on June 30;

c.　　Drafting a motion to dismiss in *Pure Sweat Basketball, Inc. v. Apple Inc.* (N.D. Cal. No. 4:25-cv-3858), due on July 2;

d.　　Drafting a supplemental brief in *Pico Neighborhood Ass'n v. City of Santa Monica* (Cal. Super. Ct., L.A. Cnty. No. BC616804), due on July 7;

e.　　Drafting a supplemental opposition brief in *Slagel v. Liberty Mutual Insurance Co.* (Cal. Super. Ct., L.A. Cnty., No. BC648246), due on July 8, 2026;

f.　　Drafting an opening brief in *New York Times Co. v. Department of Defense* (D.C. Cir. No. 26-5113), due on July 14; and

g.　　Drafting a petition for a writ of certiorari in *Nestlé USA, Inc. v. Falcone* (9th Cir. No. 24-7707), due on July 20.

5.　　Counsel for Apple conferred with counsel for appellants before filing this motion.  Appellants do not oppose this motion.

3

Apple therefore respectfully requests that the Court grant a 30-day extension of time in which to file its answering brief, to and including August 12, 2026.

Dated: June 25, 2026

Respectfully submitted,

/s/ *Theodore J. Boutrous Jr.*
    Theodore J. Boutrous Jr.

*Counsel for Appellee*
*Apple Inc.*

4

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) and Ninth Circuit Rule 27-1(a)(d) because it contains 375 words, excluding portions exempted under Federal Rule 32(f). It also complies with the typeface and type-style requirements of Federal Rule 32(a)(5) and (6) because it has been prepared using Microsoft Word in 14-point New Century Schoolbook font.

Dated: June 25, 2026

Respectfully submitted,

/s/ *Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr.

*Counsel for Appellee*
*Apple Inc.*

5