No. 25-7930

---

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

IN RE APPLE IPHONE ANTITRUST LITIGATION

---

ROBERT PEPPER; EDWARD LAWRENCE; STEPHEN H. SCHWARTZ,

*Plaintiffs-Appellants*,

v.

APPLE INC.,

*Defendant-Appellee*.

---

On Appeal from the U.S. District Court
for the Northern District of California
Case No. 4:11-cv-6714 | Hon. Yvonne Gonzalez Rogers

---

# SUPPLEMENTAL EXCERPTS OF RECORD

# INDEX VOLUME

---

Cynthia E. Richman
Harry R. S. Phillips
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500

Caeli A. Higney
Julian W. Kleinbrodt
Eli M. Lazarus
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Ctr., Ste. 2600
San Francisco, CA 94111
(415) 393-8200

Theodore J. Boutrous Jr.
Daniel G. Swanson
Blaine H. Evanson
Bradley J. Hamburger
Matt Aidan Getz
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

*Counsel for Appellee Apple Inc.*

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 1 OF 12

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 8/6/2026 | 1108-6 | Transcript of June 5, 2025 Deposition of Darryl Thompson (Ex. 6 to Apple's Notice of Lodging) (excerpted) (redacted) | 2-58 |
| 3/5/2026 | 1098-12 | Transcript of May 14, 2025 Deposition of Daniel L. McFadden (Ex. 88 to Omnibus Sealing Stipulation) (excerpted) | 59-124 |
| 3/5/2026 | 1096-10 | Plaintiffs' Renewed Request for Evidentiary Hearing (Ex. 11 to Omnibus Sealing Stipulation) | 125-131 |
| 3/5/2026 | 1095-52 | Excerpts of June 13, 2025 Rebuttal Expert Report of Mark Watson (Ex. 53 to Omnibus Sealing Stipulation) (redacted) | 132-191 |
| 3/5/2026 | 1095-46 | Excerpts of Transcript of July 17, 2025 Deposition of Victoria C. Stodden (Ex. 47 to Omnibus Sealing Stipulation) (redacted) | 192-197 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 2 OF 12**

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 3/5/2026 | 1095-45 | June 27, 2025 Rebuttal Expert Report of Victoria C. Stodden (Ex. 46 to Omnibus Sealing Stipulation) (with appendices) (redacted) | 199-315 |
| 3/5/2026 | 1095-37 | June 13, 2025 Rebuttal Expert Report of Jeffrey T. Prince (Ex. 38 to Omnibus Sealing Stipulation) (with appendices) (redacted) | 316-374 |
| 3/5/2026 | 1095-8 | Apple's Reply in Support of Motion to Decertify Class (Ex. 9 to Omnibus Sealing Stipulation) (redacted) | 375-396 |
| 10/20/2025 | 1066 | Plaintiffs' Motion to Voluntarily Dismiss Plaintiff Edward Hayter | 397-399 |
| 10/20/2025 | 1063 | Apple's Opposition to Plaintiffs' Motion to File Supplemental Song Report | 400-405 |
| 10/20/2025 | 1063-1 | Declaration of Cynthia E. Richman in Support of Apple's Opposition to Plaintiffs' Motion to File Supplemental Song Report | 406-407 |
| 10/20/2025 | 1063-2 | Excerpts of Transcript of Oct. 17, 2025 Hearing (Ex. A to Richman Declaration in Support of Apple's Opposition to Plaintiffs' Motion to File Supplemental Song Report) | 408-424 |

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 10/20/2025 | 1063-3 | Excerpts of Transcript of June 4, 2025 Deposition of Minjae Song (Ex. B to Richman Declaration in Support of Apple's Opposition to Plaintiffs' Motion to File Supplemental Song Report) | 425-435 |
| 10/16/2025 | 1059 | Plaintiffs' Motion to Submit Individual Plaintiffs' Damages | 436-439 |
| 9/23/2025 | 1044 | Apple's Reply in Support of Motion for Summary Judgment | 440-460 |
| 8/4/2025 | 1004 | Apple's Motion for Summary Judgment | 461-496 |

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD VOLUME 3 OF 12

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 6/11/2025 | 981 | Order Granting in Part Plaintiffs' Motion to Modify Class Definition | 498-499 |
| 6/5/2025 | 980 | Transcript of May 30, 2025 Hearing | 500-528 |
| 4/15/2025 | 951 | Plaintiffs' Motion to Modify Class Definition (redacted) | 529-548 |
| 9/3/2024 | 922-3 | Transcript of Aug. 9, 2024 Hearing (Ex. 2 to Higney Declaration in Support of Joint Motion to Seal) (redacted) | 549-570 |
| 8/19/2024 | 919 | Discovery Order re Payor Data | 571-576 |

| Date | Dkt. | Description | Pages |
|------|------|-------------|-------|
| 6/6/2024 | 877 | Joint Status Update re Payor Data (with exhibits) | 577-604 |
| 4/26/2024 | 830-7 | Mar. 10, 2023 Expert Report of Jonah Berger (Ex. 7 to Apple's Notice of Lodging of Sealed Documents) (with appendices) (redacted) | 605-751 |

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 4 OF 12

| Date | Dkt. | Description | Pages |
|------|------|-------------|-------|
| 4/26/2024 | 830-5 | Mar. 10, 2023 Expert Report of Jeffrey T. Prince (Ex. 5 to Apple's Notice of Lodging of Sealed Documents) (with appendices) (redacted) | 753-887 |
| 4/26/2024 | 829-1 | Plaintiffs' Sept. 26, 2022 Renewed Motion for Class Certification (Ex. A to Plaintiffs' Notice of Lodging of Sealed Documents) (redacted) | 888-916 |
| 4/27/2022 | 643-1 | Plaintiffs' June 1, 2021 Motion for Class Certification (Ex. A to Plaintiffs' Notice of Lodging of Sealed Documents) | 917-953 |

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 4/27/2022 | 642-22 | Supplemental Declaration of Mark Rollins in Support of Apple's Motion to Exclude Reply Testimony of Daniel L. McFadden (Ex. 20 to Apple's Notice of Lodging of Sealed Documents) (redacted) | 954-959 |

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD VOLUME 5 OF 12

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 4/27/2022 | 642-18 | Transcript of Aug. 3, 2021 Deposition of Daniel L. McFadden (Ex. 16 to Apple's Notice of Lodging of Sealed Documents) (redacted) | 961-1208 |
| 4/27/2022 | 642-2 | Apple's Aug. 10, 2021 Opposition to Plaintiffs' Motion for Class Certification (Ex. 2 to Apple's Notice of Lodging of Sealed Documents) (redacted) | 1209-1242 |

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD VOLUME 6 OF 12
## [FILED UNDER SEAL]

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 3/4/2026 | 1094-42 | Excerpts of June 13, 2025 Rebuttal Expert Report of Mark Watson (Ex. 53 to Omnibus Sealing Stipulation) | 1244-1303 |

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 3/4/2026 | 1094-40 | Transcript of June 5, 2025 Deposition of Darryl Thompson (Ex. 51 to Omnibus Sealing Stipulation) (excerpted) | 1304-1360 |
| 3/4/2026 | 1094-36 | Excerpts of Transcript of July 17, 2025 Deposition of Victoria C. Stodden (Ex. 47 to Omnibus Sealing Stipulation) | 1361-1366 |
| 3/4/2026 | 1094-35 | June 27, 2025 Rebuttal Expert Report of Victoria C. Stodden (Ex. 46 to Omnibus Sealing Stipulation) (with appendices) | 1367-1483 |
| 3/4/2026 | 1094-27 | June 13, 2025 Rebuttal Expert Report of Jeffrey T. Prince (Ex. 38 to Omnibus Sealing Stipulation) (with appendices) | 1484-1542 |

## APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 7 OF 12
## [FILED UNDER SEAL]

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 3/4/2026 | 1093-11 | Apple's Reply in Support of Motion to Decertify Class (Ex. 9 to Omnibus Sealing Stipulation) | 1544-1565 |
| 10/2/2025 | 1052-10 | June 13, 2025 Rebuttal Expert Report of Lorin M. Hitt (with appendices) (excerpted) | 1566-1839 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 8 OF 12
[FILED UNDER SEAL]**

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 10/2/2025 | 1052-10 | June 13, 2025 Rebuttal Expert Report of Lorin M. Hitt (with appendices) (excerpted) (continued) | 1841-1939 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 9 OF 12
[FILED UNDER SEAL]**

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 10/2/2025 | 1052-9 | Mar. 7, 2025 Opening Expert Report of Lorin M. Hitt (with appendices) (excerpted) | 1941-2158 |
| 8/4/2025 | 1003-9 | Transcript of Aug. 3, 2021 Deposition of Daniel L. McFadden (Ex. 8 to Apple's Notice of Lodging of Sealed Documents) (excerpted) | 2159-2222 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 10 OF 12
[FILED UNDER SEAL]**

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 5/20/2025 | 970-4 | Plaintiffs' Motion to Modify Class Definition | 2224-2244 |

8

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 9/3/2024 | 922-2 | Transcript of Aug. 9, 2024 Hearing (Ex. 1 to Higney Declaration in Support of Joint Motion to Seal) | 2245-2265 |
| 8/9/2024 | 913 | Discovery Order re Payor Data | 2266-2271 |
| 8/8/2024 | 906-2 | Declaration of Darryl Thompson | 2272-2279 |
| 9/1/2023 | 767-15 | Mar. 10, 2023 Expert Report of Jonah Berger (Ex. 7 to Apple's Interim Motion to Seal) (with appendices) | 2280-2426 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD**
**VOLUME 11 OF 12**
**[FILED UNDER SEAL]**

| Date | Dkt. | Description | Pages |
|---|---|---|---|
| 9/1/2023 | 767-13 | Mar. 10, 2023 Expert Report of Jeffrey T. Prince (Ex. 5 to Apple's Interim Motion to Seal) (with appendices) | 2428-2562 |
| 9/1/2023 | 767-4 | Plaintiffs' Sept. 26, 2022 Renewed Motion for Class Certification (Ex. 1 to Apple's Interim Motion to Seal) | 2563-2591 |
| 11/30/2021 | 613-4 | Supplemental Declaration of Mark Rollins in Support of Apple's Motion to Exclude Reply Testimony of Daniel L. McFadden | 2592-2596 |

**APPLE INC.'S SUPPLEMENTAL EXCERPTS OF RECORD**
**VOLUME 12 OF 12**
**[FILED UNDER SEAL]**

| Date | Dkt. | Description | Pages |
|------|------|-------------|-------|
| 11/9/2021 | 581-3 | Transcript of Nov. 5, 2021 Deposition of Daniel L. McFadden (Ex. A to Higney Declaration in Support of Apple's Motion to File Sealed Reply in Support of Motion to Exclude Expert Testimony) (excerpted) | 2598-2844 |
| 8/10/2021 | 476-3 | Apple's Opposition to Plaintiffs' Motion for Class Certification | 2845-2877 |