**No. 25-7930**

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

IN RE APPLE IPHONE ANTITRUST LITIGATION

On Appeal from an Order of the
United States District Court for the Northern District of California
Case No. 4:11-cv-6714-YGR, Hon. Yvonne Gonzalez Rogers

# PLAINTIFFS-APPELLANTS' CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

David C. Frederick
Aaron M. Panner
Kyle B. Grigel
Scott T. MacGuidwin
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

*Counsel for Plaintiffs-Appellants*

August 26, 2026

Plaintiffs-Appellants Robert Pepper, Edward Lawrence, and Stephen Schwartz ("Plaintiffs") respectfully request a 30-day extension of the time within which to file a reply brief. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs previously received two 30-day extensions for the opening brief. *See* Dkt. No. 16; Dkt. No. 20.

2. Plaintiffs' reply brief is currently due on September 2, 2026. *See* Dkt. No. 32 ("The optional reply brief is due 21 days after the answering brief is served."); Dkt. No. 33 (answering brief served Aug. 12, 2026).

3. Plaintiffs request a 30-day extension to file the reply brief. If granted, the brief would be due on October 2, 2026.

4. Plaintiffs have exercised diligence in completing the reply brief, but there is a substantial need for additional time:

    a. In addition to Defendant Apple's answering brief filed on August 12, 2026, Plaintiffs must respond to the six *amicus* briefs filed on August 19, 2026.

    b. Plaintiffs must coordinate with co-counsel on preparation of the reply brief.

    c. The attorneys principally responsible for drafting the reply brief have been responsible for drafting briefs, preparing for and

conducting oral arguments, and attending to other pressing matters. Among other matters, counsel:

i. Filed a response brief in *FTC v. Meta Platforms, Inc.*, No. 26-5028 (D.C. Cir.), on August 20, 2026;

ii. Filed a sur-reply brief in *In re: Glucagon-Like Peptide-1 Receptor Agonists Products Liability Litigation*, No. 2:24-md-03094 (E.D. Pa.), on August 21, 2026;

iii. Must draft and file a motion to dismiss in *Ivy Coach Inc. v. Prepory Coaching Group LLC*, No. 1:26-cv-6567 (S.D.N.Y.), on September 6, 2026; and

iv. Must prepare for and present oral argument in *Truinject Corp. v. Galderma S.A.*, No. 25-1268 (Fed. Cir.), on September 11, 2026.

5. Plaintiffs' counsel have exercised, and will continue to exercise, diligence to complete Plaintiffs' reply brief. Plaintiffs' counsel intend to file Plaintiffs' reply brief within the period requested in this motion.

6. Plaintiffs' counsel have conferred with Apple's counsel regarding this request for an extension of time to submit the reply brief. Plaintiffs are authorized to state that Apple consents to the relief sought in this motion.

7. The court reporter is not in default with regard to any designated transcripts.

For these reasons, and those set forth in the accompanying declaration of Scott T. MacGuidwin, Plaintiffs respectfully request that the Court grant a 30-day extension of time within which to file the reply brief.

Date: August 26, 2026

Respectfully submitted,

*/s/ David C. Frederick*

David C. Frederick
Aaron M. Panner
Kyle B. Grigel
Scott T. MacGuidwin
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
kgrigel@kellogghansen.com
smacguidwin@kellogghansen.com

Betsy C. Manifold
Rachele R. Byrd
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 1820
San Diego, CA 92101
Tel.: (619) 239-4599
manifold@whafh.com
byrd@whafh.com

Mark C. Rifkin
Matthew M. Guiney
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
rifkin@whafh.com
guiney@whafh.com
burt@whafh.com

*Counsel for Plaintiffs-Appellants*

# DECLARATION OF SCOTT T. MACGUIDWIN

I, Scott T. MacGuidwin, declare as follows:

1. I am an associate at the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. I am one of the counsel of record for Plaintiffs in this matter. Unless otherwise indicated, I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Plaintiffs' reply brief is currently due on September 2, 2026.

3. Plaintiffs request a 30-day extension to file the reply brief. If granted, the reply brief would be due on October 2, 2026.

4. Plaintiffs have exercised diligence in completing the reply brief, but there is a substantial need for additional time. In addition to Defendant Apple's answering brief filed on August 12, 2026, six *amicus* briefs in support of Apple were filed on August 19, 2026. Plaintiffs must coordinate with co-counsel on preparation of the reply brief. The attorneys principally responsible for drafting the reply brief have been responsible for drafting briefs, preparing for and conducting oral arguments, and attending to other pressing matters. Among other matters, counsel:

a. Filed a response brief in *FTC v. Meta Platforms, Inc.*, No. 26-5028 (D.C. Cir.), on August 20, 2026;

b. Filed a sur-reply brief in *In re: Glucagon-Like Peptide-1 Receptor Agonists Products Liability Litigation*, No. 2:24-md-03094 (E.D. Pa.), on August 21, 2026;

c. Must draft and file a motion to dismiss in *Ivy Coach Inc. v. Prepory Coaching Group LLC*, No. 1:26-cv-6567 (S.D.N.Y.), on September 6, 2026; and

d. Must prepare for and present oral argument in *Truinject Corp. v. Galderma S.A.*, No. 25-1268 (Fed. Cir.), on September 11, 2026.

5. Plaintiffs' counsel have exercised, and will continue to exercise, diligence to complete the reply brief. Plaintiffs' counsel intend to file the reply brief within the period requested in this motion.

6. Plaintiffs' counsel have conferred with Apple's counsel regarding their request for an extension of time to submit the reply brief. Plaintiffs are authorized to state that Apple consents to the relief sought in this motion.

7. The court reporter is not in default with regard to any designated transcripts.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of August 2026 in Washington, D.C.

/s/ *Scott T. MacGuidwin*

Scott T. MacGuidwin
*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of August 2026, I caused the foregoing **Plaintiffs-Appellants' Consent Motion for Extension of Time To File Reply Brief** to be submitted electronically with the Clerk of the Court through the Court's appellate ECF system, which will send notification of such filing to all counsel of record.

/s/ *David C. Frederick*
*Counsel for Plaintiffs-Appellants*