UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 31 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE IPHONE ANTITRUST LITIGATION<br><br>ROBERT PEPPER; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant - Appellee. | No. 25-7930<br><br>D.C. No. 4:11-cv-06714-YGR<br>Northern District of California, Oakland<br><br>ORDER |

The unopposed motion (Docket Entry No. 57) for an extension of time to file the reply brief is granted.

The optional reply brief is due October 2, 2026.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT