UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: APPLE IPHONE ANTITRUST LITIGATION

---

ROBERT PEPPER; et al.,

Plaintiffs - Appellants,

v.

APPLE INC.,

Defendant - Appellee.

No. 25-7930

D.C. No.
4:11-cv-06714-YGR
Northern District of California,
Oakland

ORDER

The unopposed motion (Docket Entry No. 35) to file under seal Volumes 6 through 12 of the supplemental excerpts of record is granted. The clerk will file publicly the motion to seal (Docket Entry No. 35.1), the answering brief (Docket Entry No. 33), and Volumes 1 through 5 of the supplemental excerpts of record (Docket Entry No. 34). The clerk will maintain Volumes 6 through 12 of the supplemental excerpts of record under seal at Docket Entry No. 36.

Briefing is complete.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT